Opinion issued March 31, 2026



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00930-CV

———————————

**RAYMOND LEWIS III, Appellant**

**V.**

**CROSBY HERITAGE ESTATES PROPERTY OWNER'S ASSOCIATION, INC., Appellee**

On Appeal from the 215th District Court
Harris County, Texas
Trial Court Case No. 2025-46195

## MEMORANDUM OPINION

Appellant Raymond Lewis III filed a notice of nonsuit stating that he no longer wishes to pursue this appeal and asks that we dismiss the appeal. We construe this notice of nonsuit as a motion to dismiss the appeal. No opinion has issued. We grant the motion.

We dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1), 43.2(f).  Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Gunn, Caughey, and Morgan.